NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DYNAENERGETICS EUROPE GMBH,**
*Appellant*

**v.**

**SWM INTERNATIONAL, LLC, NEXTIER COMPLETION SOLUTIONS INC.,**
*Appellees*

---

2023-1579

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2021-00097.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 27, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court

**ISSUED AS A MANDATE:** June 27, 2023